Certificate Number: 16339-PAM-DE-036276164

Bankruptcy Case Number: 21-02637


16339-PAM-DE-036276164

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 20, 2022, at 4:02 o'clock PM EST, Pamela Calhoun completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: January 20, 2022

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor