# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | CASE NO: 1:21-bk-02637-HWV |
|---|---|
| PAMELA JO CALHOUN, AKA PAMELA J CALHOUN, AKA PAM J CALHOUN | **DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 4/14/2022, I did cause a copy of the following documents, described below,

Order Confirming 1st Amended Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/14/2022

/s/ Gary J. Imblum
Gary J. Imblum  42606

Imblum Law Offices, PC
4615 Derry Street
Harrisburg, PA  17111
717 538 5250
sharlene.miller@imblumlaw.com

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO: 1:21-bk-02637-HWV |
| PAMELA JO CALHOUN, AKA PAMELA J CALHOUN, AKA PAM J CALHOUN | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 4/14/2022, a copy of the following documents, described below,

Order Confirming 1st Amended Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/14/2022

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Gary J. Imblum
Imblum Law Offices, PC
4615 Derry Street
Harrisburg, PA 17111

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Pamela Jo Calhoun, aka Pamela J. Calhoun, aka Pam J. Calhoun, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:21-bk-02637-HWV |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on February 24, 2022. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: April 13, 2022

orcnfpln(05/18)

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

| LABEL MATRIX FOR LOCAL NOTICING | HUNTERS RIDGE HOMEOWNERS ASSOCIA | LOWER ALLEN TOWNSHIP AUTHORITY |
| --- | --- | --- |
| NCRS ADDRESS DOWNLOAD | CO AUSTIN LAW FIRM LLC | 120 LIMEKILN ROAD |
| CASE 121-BK-02637-HWV | 226 E MARKET ST | NEW CUMBERLAND PA 17070-2428 |
| MIDDLE DISTRICT OF PENNSYLVANIA | YORK PA 17403-2001 | |
| THU APR 14 8-39-48 PST 2022 | | |

~~EXCLUDE~~
~~(U)MIDFIRST BANK~~

PENNSYLVANIA HOUSING FINANCE
AGENCYHOMEOWNE
211 NORTH FRONT STREET
HARRISBURG PA 17101-1406

~~EXCLUDE~~
~~US BANKRUPTCY COURT~~
~~RONALD REAGAN FEDERAL BUILDING~~
~~228 WALNUT ST RM 320~~
~~HARRISBURG PA 17101-1737~~

(P)BB AND T
PO BOX 1847
WILSON NC 27894-1847

~~EXCLUDE~~
~~(D)HUNTERS RIDGE HOMEOWNERS ASSOCIA~~
~~CO AUSTIN LAW FIRM LLC~~
~~226 E MARKET ST~~
~~YORK PA 17403-2001~~

HUNTERS RIDGE HOMEOWNERS ASSOC
40 GOTHAM DRIVE SUITE D
RED LION PA 17356-9503

INTERNAL REVENUE SERVICE
POB 7346
PHILADELPHIA PA 19101-7346

LOWER ALLEN TOWNSHIP
2233 GETTYSBURG ROAD
CAMP HILL PA 17011-7302

~~EXCLUDE~~
~~(D)LOWER ALLEN TOWNSHIP AUTHORITY~~
~~120 LIMEKILN ROAD~~
~~NEW CUMBERLAND PA 17070-2428~~

MARINER FINANCE
ATTN BANKRUPTCY
8211 TOWN CENTER DRIVE
NOTTINGHAM MD 21236-5904

MARINER FINANCE LLC
8211 TOWN CENTER DRIVE
NOTTINGHAM MD 21236-5904

MIDFIRST BANK
999 NORTHWEST GRAND BOULEVARD
OKLAHOMA CITY OK 73118-6051

MIDLAND MORTGAGE COMPANY
ATTN CUSTOMER SERVICEBANKRUPTCY
PO BOX 26648
OKLAHOMA CITY OK 73126-0648

PA DEPT OF REVENUE
ATTN BANKRUPTCY DIVISION
DEPT 280946
HARRISBURG PA 17128-0946

PA HOUSING FINANCE AGENCY
2101 NORTH FRONT STREET
HARRISBURG PA 17110-1086

PPL
2 NORTH 9TH STREET
CPC-GENN1
ALLENTOWN PA 18101-1139

PENNSYLVANIA HOUSING FINANCE
AGENCYHEMAP
211 NORTH FRONT STREET
PO BOX 15206
HARRISBURG PA 17105-5206

UNITED STATES TRUSTEE
228 WALNUT STREET SUITE 1190
HARRISBURG PA 17101-1722

VERIZON
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 4457
HOUSTON TX 77210-4457

YORK HG PROPERTIES LLC
40 GOTHAM DRIVE SUITE D
RED LION PA 17356-9503

~~EXCLUDE~~
~~GARY J IMBLUM~~
~~IMBLUM LAW OFFICES PC~~
~~4615 DERRY STREET~~
~~HARRISBURG PA 17111-2660~~

DEBTOR
PAMELA JO CALHOUN
1707 PEYTON RANDOLPH COURT
NEW CUMBERLAND PA 17070-2227

(P)JACK N ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

ADDRESSES WHERE AN EMAIL IS PRESENT WERE SERVED VIA "CM/ECF E-SERVICE" THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

(Trustee)
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

info@pamd13trustee.com

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101
(Asst. U.S. Trustee)

ustpregion03.ha.ecf@usdoj.gov

(Creditor)
Pennsylvania Housing Finance
Agency/Homeowner's Emergency Mortgage
Assistance Program (HEMAP)
211 North Front Street
Harrisburg, PA 17101
represented by:
Leon P Haller
Purcell Krug and Haller
1719 North Front Street
Harrisburg, PA 17102-2392

lhaller@pkh.com

(Creditor)
MIDFIRST BANK
represented by:
Rebecca Ann Solarz
KML Law Group, P.C.
701 Market St.
Suite 5000
Philadelphia, PA 19106

bkgroup@kmllawgroup.com

(Creditor)
Lower Allen Township Authority
120 Limekiln Road
New Cumberland, PA 17070
represented by:
Steven P Miner
Caldwell & Kearns, P.C.
3631 N. Front Street
Harrisburg, PA 17110

sminer@cklegal.net

(Creditor)
Hunter's Ridge Homeowners' Association
c/o Austin Law Firm LLC
226 E. Market St.
York, PA 17403
represented by:
Sara A. Austin
Austin Law Firm LLC
226 E. Market St.
York, PA 17403

saa2@austinlawllc.com

Pamela Jo Calhoun
1707 Peyton Randolph Court
New Cumberland, PA 17070
(Debtor 1)
represented by:
Gary J Imblum
Imblum Law Offices, P.C.
4615 Derry Street
Harrisburg, PA 17111

gary.imblum@imblumlaw.com