IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| PATRICIA JO CALHOUN | : | CASE NO. 1:21-bk-02637-HWV |
| aka PAMELA J. CALHOUN | : | |
| aka PAM J. CALHOUN | : | CHAPTER 13 |
|     Debtor | : | |
| | : | |
| MIDFIRST BANK | : | |
|     Movant | : | |
| | : | |
| v. | : | |
| | : | |
| PATRICIA JO CALHOUN | : | |
| aka PAMELA J. CALHOUN | : | |
| aka PAM J. CALHOUN | : | |
|     Respondent | : | |

## DEBTOR'S RESPONSE TO MOTION OF
## MIDFIRST BANK
## FOR RELIEF FROM THE AUTOMATIC STAY

**AND NOW,** comes Debtor, Patricia Jo Calhoun, by and through her attorney, Gary J. Imblum, and respectfully responds as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted in part and denied in part. The Mortgage speaks for itself. Strict proof is demanded.

5. Admitted.

6. Admitted in part and denied in part. The exact amount of the arrearage is unknown. Strict proof is demanded.

7. Admitted in part and denied in part. See response to paragraph 6.

8. Denied. The property is worth $130,000.00 according to the market analysis attached to Debtor's Schedules. The amount owed to Movant according to its Amended Proof of Claim is $64,847.55. Accordingly, there is abundant non-exempt equity providing adequate protection to Movant. Further, several of Debtor's payments were rejected by Midfirst and sent back to Debtor without explanation. Debtor will make an offer in the near future to bring the payments current.

9. Admitted.

10. Admitted in part and denied in part. Strict proof is demanded as to any fees and costs incurred.

11. Denied. Any fees and costs incurred should be approved or denied as part of this Motion for Relief.

**WHEREFORE**, Debtor respectfully requests that this Honorable Court issue an Order denying the Motion for Relief From Stay.

Respectfully submitted,

_____
Gary J. Imblum
Attorney I.D. No. 42606
4615 Derry Street
Harrisburg, PA 17111
(717) 238-5250
Fax No. (717) 558-8990
gary.imblum@imblumlaw.com
Attorney for Debtor

DATED: 5/20/24

# CERTIFICATION OF SERVICE

I, Carol V. Shay, Paralegal, do hereby certify that I have served a copy of the foregoing DEBTOR'S RESPONSE TO MOTION OF MIDFIRST BANK FOR RELIEF FROM THE AUTOMATIC STAY upon the following persons by E-Service or by United States Mail, first class, postage prepaid, at Harrisburg, Dauphin County, Pennsylvania, addressed to:

JACK N. ZAHAROPOULOS, ESQUIRE
CHAPTER 13 TRUSTEE
VIA E-SERVICE

MICHAEL P. FARRINGTON, ESQUIRE
KML LAW GROUP, P.C.
COUNSEL FOR MOVANT
VIA E-SERVICE

                                            IMBLUM LAW OFFICE, P.C.

                                            *Carol V. Shay*
                                            Carol V. Shay, Paralegal
                                            4615 Derry Street
                                            Harrisburg, PA 17111
                                            (717) 238-5250
                                            Fax No. (717) 558-8990
                                            gary.imblum@imblumlaw.com
                                            For Debtor

DATED: 5/20/2024