IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| PAMELA JO CALHOUN | : | CASE NO. 1:21-bk-02637-HWV |
| aka PAMELA J. CALHOUN | : | |
| aka PAM J. CALHOUN | : | |
| Debtor | : | CHAPTER 13 |

**ORDER OF COURT**
**PERMITTING FOURTH APPLICATION OF ATTORNEY FOR CHAPTER 13 DEBTOR FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS CHAPTER 13 ADMINISTRATIVE EXPENSES**

Upon consideration of the Fourth Application of Attorney for Chapter 13 Debtor for Interim Compensation and Reimbursement of Expenses as Chapter 13 Administrative Expenses pursuant to 11 U.S.C. §330 and 11 U.S.C. §503(B)(4) of Imblum Law Offices, P.C., by Gary J. Imblum, Counsel for the Debtor in the above matter,

IT IS HEREBY ORDERED AND DECREED that compensation and expenses as Chapter 13 Administrative Expenses pursuant to 11 U.S.C. §330 and 11 U.S.C. §503(B)(4) will be allowed for the payment in the sum of $3,866.50 for fees and $100.16 for costs, for a net amount due of $3,966.66 for the time period of July 16, 2024 through July 31, 2025.