# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

**Gary J. Imblum**
**Jeffrey L. Troutman (of counsel)**

email: gary.imblum@imblumlaw.com

**Telephone**
**717.238.5250**
**Facsimile**
**717.558-8990**

July 14, 2026

**<u>Via ECF Only</u>**

TO:  US BANKRUPTCY COURT - CLERK

RE:     Pamela Calhoun
        Chapter 13 Bankruptcy Case No. 1-21-02637-HWV

Dear Clerk:

Please issue a certified Order approving sale of real estate free and clear of liens in the above matter.  The Docket Number of the Order is 115.

Very truly yours,

IMBLUM LAW OFFICES,  P.C.

/s/ Gary J. Imblum

Gary J. Imblum

GJI/srm