In re:

Pamela Jo Calhoun
    Debtor

Case No. 21-02637-HWV

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 14, 2026 | Form ID: pdf010 | Total Noticed: 6 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | Cumberland County Tax Claim Bureau, 1 Court House Square, Carlisle PA 17013-3339 |
| 5453801 | + | Hunter's Ridge Homeowners' Association, c/o Austin Law Firm LLC, 226 E. Market St., York PA 17403-2001 |
| 5450784 | + | Lower Allen Township, 2233 Gettysburg Road, Camp Hill, PA 17011-7302 |
| 5457150 | + | Lower Allen Township Authority, 120 Limekiln Road, New Cumberland, PA 17070-2428 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5450786 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 14 2026 19:01:06 | Midland Mortgage Company, Attn: Customer Service/Bankruptcy, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 5460360 | + | Email/Text: blegal@phfa.org | Jul 14 2026 18:50:00 | Pennsylvania Housing Finance Agency/HEMAP, 211 North Front Street, PO BOX 15206, Harrisburg, PA 17105-5206 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2026        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Gary J Imblum | |
| | on behalf of Debtor 1 Pamela Jo Calhoun gary.imblum@imblumlaw.com |

gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.info
ruptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com

Jack N Zaharopoulos

ecf@pamd13trustee.com

James Randolph Wood

on behalf of Creditor Lower Allen Twp Stormwater Authority jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

Leon P Haller

on behalf of Creditor Pennsylvania Housing Finance Agency/Homeowner's Emergency Mortgage Assistance Program (HEMAP)
lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

Matthew K. Fissel

on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  wbecf@brockandscott.com

Sara A. Austin

on behalf of Creditor Hunter's Ridge Homeowners' Association saa2@austinlawllc.com

Steven P Miner

on behalf of Creditor Lower Allen Township Authority sminer@cklegal.net  mrenno@cklegal.net

United States Trustee

ustpregion03.ha.ecf@usdoj.gov


TOTAL: 8

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                 :
PAMELA JO CALHOUN      : CASE NO. 1:21-bk-02637-HWV
aka PAMELA J. CALHOUN,    :
aka PAM J. CALHOUN      :
         Debtor          : CHAPTER 13
                :
PAMELA JO CALHOUN      :
aka PAMELA J. CALHOUN,    :
aka PAM J. CALHOUN      :
         Movant         :
                :
     v.                :
                :
JACK N. ZAHAROPOULOS, ESQUIRE :
LOWER ALLEN TOWNSHIP    :
LOWER ALLEN TOWNSHIP    :
AUTHORITY             :
MIDLAND MORTGAGE COMPANY   :
PA HOUSING FINANCE AGENCY   :
HUNTERS RIDGE HOMEOWNERS   :
ASSOCIATION           :
CUMBERLAND COUNTY TAX CLAIM :
BUREAU               :
        Respondents      :

### ORDER

Upon consideration of Debtor's Motion to Sell Real Estate Free and Clear of Liens,

Doc. 111, and it appearing that no Objection or Answer was filed to the Motion by the time

set forth in an Order, it is

ORDERED that Federal Rule of Bankruptcy Procedure 6004(h) is not applicable,

and the real property may be sold and purchased immediately upon entry of this Order

approving same and that the sale of real estate at 1707 Peyton Randolph Court, New

Cumberland, Cumberland County, Pennsylvania, free and clear of liens, to CG Homebuyer

LLC for $122,000.00 is approved and distribution of the proceeds as set forth below shall

be permitted:

Case 1:21-bk-02637-HWV   Doc 115   Filed 07/13/26   Entered 07/13/26 14:21:54   Desc
Main Document     Page 1 of 3
Case 1:21-bk-02637-HWV   Doc 118   Filed 07/16/26   Entered 07/17/26 00:29:54   Desc
Imaged Certificate of Notice    Page 3 of 5

1.     Payment of all closing costs for which Debtor is liable.

2.     Payment of attorneys fees in the amount of $3,500.00, to be applied to Debtor(s)

costs and Attorney fees, billed on an hourly basis, and approved by the Bankruptcy Court.

3.     Payment of any and all other miscellaneous fees involved with the sale.

4.     Payment of any liens and mortgages.

5.      As long as same is a valid lien on subject real estate, payment in full of Lower

Allen Township, if any, or else the sale will not occur.

6.      As long as same is a valid lien on subject real estate, payment in full of Lower

Allen Township Authority, if any, or else the sale will not occur.

7.     As long as same is a valid lien on subject real estate, payment in full of

Cumberland County Tax Claim Bureau real estate taxes, if any, or else the sale will not occur.

8.     As long as same is a valid lien on subject real estate, payment in full of Hunters

Ridge Homeowners Association, if any, or else the sale will not occur.

9.     As long as same is a valid lien on subject real estate, payment in full of Midland

Mortgage, mortgage, if any, or else the sale will not occur.

10.      As long as same is a valid lien on subject real estate, payment in full of PA

Housing Finance Agency, mortgage, if any, or else the sale will not occur.

11.     If there are net proceeds remaining after paying all of the costs, fees and liens

set forth in the preceding paragraphs, then payment of any and all attorney fees owed to

Debtor's counsel for representation in the above matter subject to approval of same by the

Court.

12.     If there are net proceeds remaining after paying all the costs, fees and liens set

forth in the preceding paragraphs, then payment to the Debtor up to the total amount of the

exemption in subject real estate. The total exemption pursuant to Debtor's Schedules is $26,425.03.

13. If there are net proceeds remaining after paying all the costs, fees and liens set forth in the preceding paragraphs, then payment to Trustee Jack N. Zaharopoulos in an amount up to the amount necessary to fully fund the Plan, less any amount otherwise payable to a secured creditor pursuant to Debtor's Plan, which is, in fact, paid at settlement.

14. If there are net proceeds remaining after paying all the costs, fees and liens set forth in the preceding paragraphs, then the remaining balance, if any, shall be distributed to the Debtor.

By the Court,

_____

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: July 13, 2026