**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **PAMELA JO CALHOUN** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **Middle District of Pennsylvania** (State) |
| Case Number | **1:21-BK-02637-HWV** |

Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).**

## Part 1: Mortgage Information

**Name of claim holder:** MIDFIRST BANK

**Court claim no.** (if known): 02

**Last 4 digits** of any number you use to identify the debtor's account: 3 3 4 4

**Property Address:**

1707 PEYTON RANDOLPH CT
Number Street

NEW CUMBERLAND PA 17070
City State ZIP Code

## Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

## Part 3: Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ -0- |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ -0- |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. Total amount of arrearages disbursed by the trustee: | $ -0- |

**Part 4: Postpetition Payment**

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ -0-

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on ______________. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

**Part 5: Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ -0-

**Part 6: A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✘ /s/ Donna Schott
Signature

Date 10/23/2026

Trustee
Jack N. Zaharopoulos
First Name Middle Name Last Name

Address
8125 Adams Drive, Suite A
Number Street

Hummelstown PA 17036
City State ZIP Code

Contact phone (717) 566-6097

Email info@pamd13trustee.com

# History Of Payments

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| | | | | | Total for Claim Number : | 0.00 |
| | | | | | **Total for :** | **0.00** |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>PAMELA JO CALHOUN<br>Debtor<br><br>JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>Movant<br><br>vs.<br><br>PAMELA JO CALHOUN<br>Respondent | CHAPTER 13<br><br>CASE NO. 1:21-BK-02637-HWV |

**CERTIFICATE OF SERVICE**

AND NOW, this 23rd day of October, 2026, I hereby certify that I have served the foregoing by electronically notifying parties or by depositing a true and correct copy of the same in the United States mail at Hummelstown, Pennsylvania, postage prepaid, first-class mail, addressed to the following:

***VIA ELECTRONIC MAIL SERVICE ONLY***

OFFICE OF THE UNITED STATES TRUSTEE
SYLVIA H. RAMBO UNITED STATES COURTHOUSE
1501 NORTH 6TH STREET
HARRISBURG, PA 17102

MIDFIRST BANK
BANKRUPTCY DEPARTMENT
999 NW GRAND BOULEVARD, #110
OKLAHOMA CITY, OK 73118-6077

GARY J. IMBLUM, ESQUIRE
4615 DERRY STREET
HARRISBURG, PA 17111

***VIA FIRST-CLASS U.S.P.S. MAIL ONLY***

PAMELA JO CALHOUN
1020 N UNION ST
#308
MIDDLETOWN, PA 17057-2158

MIDFIRST BANK
BANKRUPTCY DEPARTMENT
999 NW GRAND BOULEVARD, #110
OKLAHOMA CITY, OK 73118-6077

/s/ Donna Schott

Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee