## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Pamela Jo Calhoun a/k/a Pamela J. Calhoun a/k/a Pam J. Calhoun<br><div align=right>Debtor(s)</div> | **BK NO. 21-02637 HWV**<br><br>**Chapter 13**<br><br>**Related to Claim No. 2** |
| **MIDFIRST BANK**<br><div align=right>**Movant**</div>vs. | |
| **Pamela Jo Calhoun a/k/a Pamela J. Calhoun a/k/a Pam J. Calhoun**<br><div align=right>**Debtor(s)**</div> | |
| **Jack N. Zaharopoulos,**<br><div align=right>**Trustee**</div> | |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Denise Carlon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on November 28, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Pamela Jo Calhoun a/k/a Pamela J. Calhoun a/k/a
Pam J. Calhoun
1707 Peyton Randolph Court
New Cumberland, PA 17070

Attorney for Debtor(s)
Gary J. Imblum, Esq.
4615 Derry Street
Harrisburg, PA 17111

Trustee
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service:  electronic means or first class mail

Dated: November 28, 2022

**/s/ Denise Carlon**
Denise Carlon, Esq.
Attorney I.D. 317226
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
dcarlon@kmllawgroup.com